# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Nayo Cofer<br><br>　　　Plaintiff,<br><br>v.<br><br>AllianceOne Receivables Management, Inc. dba AllianceOne<br><br>　　　Defendant. | Case No. 3:14-cv-02192-JZ<br><br>Judge Jack Zouhary |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.

Date: March 9, 2015

RESPECTFULLY SUBMITTED,　　　　　　　RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA　　　　　　　　Shumaker, Loop & Kendrick, LLP

By:　/s/ David M. Menditto　　　　　　　By:　/s/ Katherine S. Decker
　　　David M. Menditto　　　　　　　　　　　Katherine S. Decker
　　　Jeffrey S. Hyslip

　　　1100 W. Cermak Rd., Ste. B410　　　　1000 Jackson Street
　　　Chicago, IL 60608　　　　　　　　　　Toledo, OH  43604
　　　Telephone: (312) 380-6110　　　　　　Telephone: (419) 241-9000
　　　Facsimile: (312) 361-3509　　　　　　Facsimile: (419) 241-6894
　　　davidm@fairdebt411.com　　　　　　　kdecker@slk-law.com
　　　jeffrey@lifetimedebtsolutions.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2015, I electronically filed the foregoing Stipulation of Dismissal with Prejudice through the court's CM/ECF system, which will perfect service upon the following:

Katherine Stone Decker
Shumaker, Loop & Kendrick - Toledo
1000 Jackson Street
Toledo, OH 43604

Counsel For:
Defendant, AllianceOne Receivables
Management, Inc, dba AllianceOne

      /s/ David M. Menditto___