It is so Ordered.

/s/ *Jack Zouhary*
U.S. DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Nayo Cofer<br><br>Plaintiff,<br><br>v.<br><br>AllianceOne Receivables Management, Inc. dba AllianceOne<br><br>Defendant. | Case No. 3:14-cv-02192-JZ<br><br>Judge Jack Zouhary |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.

Date: March 9, 2015

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By:   /s/ David M. Menditto
    David M. Menditto
    Jeffrey S. Hyslip

    1100 W. Cermak Rd., Ste. B410
    Chicago, IL 60608
    Telephone: (312) 380-6110
    Facsimile: (312) 361-3509
    davidm@fairdebt411.com
    jeffrey@lifetimedebtsolutions.com

RESPECTFULLY SUBMITTED,

Shumaker, Loop & Kendrick, LLP

By:   /s/ Katherine S. Decker
    Katherine S. Decker

    1000 Jackson Street
    Toledo, OH  43604
    Telephone: (419) 241-9000
    Facsimile: (419) 241-6894
    kdecker@slk-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2015, I electronically filed the foregoing Stipulation of Dismissal with Prejudice through the court's CM/ECF system, which will perfect service upon the following:

Katherine Stone Decker
Shumaker, Loop & Kendrick - Toledo
1000 Jackson Street
Toledo, OH 43604

Counsel For:
Defendant, AllianceOne Receivables
Management, Inc, dba AllianceOne

    /s/ David M. Menditto